IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 1:18-cr-00046-YK-1 |
| v. : | |
| : | (Judge Kane) |
| HENRY MORALES, JR., : | |
| Defendant : | |

## ORDER

**AND NOW**, on this 26th day of November 2018, upon consideration of Defendant Henry Morales, Jr. ("Defendant")'s motion for suppression of physical evidence and statements pursuant to the Fourth Amendment to the United States Constitution (Doc. No. 55), and in accordance with the Memorandum issued concurrently with the Order, **IT IS ORDERED THAT** Defendant's motion for suppression of physical evidence and statements is **DENIED**.

 s/ Yvette Kane
 Yvette Kane, District Judge
 United States District Court
 Middle District of Pennsylvania